JOHN L. BURRIS ESQ., SBN 69888
BENJAMIN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
james.cook@johnburrislaw.com

Attorneys for PLAINTIFFS,
HECTOR HERNANDEZ and MARIA IBARRA

NOAH BLECHMAN, ESQ., SBN 197167
**MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP**
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203
Noah.Blechman@mcnamaralaw.com
Attorney for DEFENDANT,
COUNTY OF ALAMEDA

JEROME VARANINI, ESQ., SBN 58531
**LAW OFFICES OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
P.O. Box 590
Sacramento, CA 95812-0590
Telephone: (916) 993-4868
Facsimile: (916) 993-6750
jvaranini@tsvlaw.com
Attorney for DEFENDANT,
WELLPATH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. HERNANDEZ; and MARIA IBARRA as co-successors-in-interest for Decedent, HECTOR HERNANDEZ, | CASE NO.: 4:20-cv-02884-HSG |

Stipulation to Court Sponsored Mediation; Declaration of James Cook in Support of Stipulation; and Proposed Order
Hernandez et al v. County of Alameda et al, Case No.: 4:20-cv-02884-HSG

- 1

|   |   |
|---|---|
| Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | **STIPULATION TO COURT SPONSORED MEDIATION; DECLARATION OF JAMES COOK IN SUPPORT OF STIPULATION; AND** ~~**PROPOSED**~~ **ORDER** |

Defendants COUNTY OF ALAMEDA and WELLPATH and Plaintiffs HECTOR HERNANDEZ, et al hereby stipulate to the following:

    1.    The parties submit this stipulation pursuant to the Court's minute entry dated August 12, 2020.

    2.    The parties have met and conferred.

    3.    The parties stipulate to court sponsored mediation within 120 days.

IT IS HEREBY STIPULATED, pursuant to Northern District Local Rule 6-1 (b), that there should be court sponsored mediation within 120 days.

Dated: August 12, 2020

Respectfully submitted,

**LAW OFFICES OF JOHN L. BURRIS**

By: /s/ *James Cook*
JOHN L. BURRIS, ESQ.
BEN NISENBAUM, ESQ.
JAMES COOK, ESQ.
Attorneys for Plaintiffs,
HECTOR HERNANDEZ
and MARIA IBARRA

Stipulation to Court Sponsored Mediation; Declaration of James Cook in Support of Stipulation; and ~~Proposed~~ Order
Hernandez et al v. County of Alameda et al, Case No.: 4:20-cv-02884-HSG

- 2 -

Dated:  August 12, 2020

Respectfully submitted,

**MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP**

By: /s/ *Noah Blechman*
NOAH BLECHMAN
Attorney for Defendant,
COUNTY OF ALAMEDA

**LAW OFFICES OF JEROME M. VARANINI**

By: /s/ *Jerome Varanini*
JEROME VARANINI
Attorney for Defendant,
WELLPATH

### ATTORNEY ATTESTATION

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5-1 (i) (3), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  August 17, 2020

/s/ *James Cook*

### [PROPOSED] ORDER

Having considered the stipulation between the parties and good cause appearing, the parties will enter into court-sponsored mediation within 120 days.

IT IS SO ORDERED.

Dated: 8/18/2020

Honorable District Court Judge
Haywood S. Gilliam, Jr.

Stipulation to Court Sponsored Mediation; Declaration of James Cook in Support of Stipulation; and Proposed Order
Hernandez et al v. County of Alameda et al, Case No.: 4:20-cv-02884-HSG

- 3 -