1   Stanley Goff, Bar No. 289564
2   15 Boardman Place Suite 2
    San Francisco, CA 94103
3   Telephone: (415) 571-9570
    Email: scraiggoff@aol.com
4
5   Attorney for Plaintiffs

6                   UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7   HECTOR A. HERNANDEZ; and MARIA          Case No: 4:20-cv-02884-HSG
    IBARRA as co-successors-in-interest for
8   Decedent, HECTOR HERNANDEZ,
9                                           NOTICE OF WITHDRAWAL AND
              Plaintiffs,                   SUBSTITUTION OF COUNSEL AND
10                                          (PROPOSED) ORDER
11  vs.
12  COUNTY OF ALAMEDA, a municipal
    corporation; WELLPATH, a professional
13  corporation; and DOES 1-50, inclusive,
    individually, jointly and severally,
14
15            Defendants.

16

17  TO THE HONORABLE COURT AND TO ALL PARTIES:

18  PLEASE TAKE NOTICE that the Plaintiffs have now retained the Law Office of Stanley Goff

19  as legal counsel in the above-captioned matter. Withdrawing counsel for Plaintiff is:

20  JAMES COOK from the Law Office of John Burris
21  Airport Corporate Centre
    7677 Oakport Street, Suite 1120
22  Oakland, California 94621
    Telephone: (510) 839-5200
23  Facsimile: (510) 839-3882
24  john.burris@johnburrislaw.com
    james.cook@johnburrislaw.com
25

26

27

28

1

2      All pleadings, orders and notices should henceforth be served upon the following

3  substituted counsel for plaintiffs:

4  Stanley Goff, Bar No. 289564
   15 Boardman Place Suite 2
5  San Francisco, CA 94103
   Telephone: (415) 571-9570
6  Email: scraiggoff@aol.com

7

8      The undersigned parties consent to the above withdrawal and substitution of counsel.

9
   Dated: September 1, 2020                    By:  /S/ Stanley Goff
10
11                                             Stanley Goff

12 Dated: September 1, 2020                    By: /S/ Hector Hernandez

13                                              (Plaintiff)

14
   Dated: September 1, 2020                    By: /S/  Maria Ibarra
15
16                                              (Plaintiff)

17 Dated: September 1, 2020                    By: /S/  James Cook

18                                             James Cook

19      I hereby attest that I obtained concurrence in the filing of this document from the

20 signatory on this e-filed document.

21
   Dated: September 1, 2020
22
23                                 LAW OFFICE OF STANLEY GOFF

24                                 By: /S/  Stanley Goff

25                                 Stanley Goff

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED:    9/2/2020

HONORABLE Haywood S. Gilliam, Jr.