1
2
3
4           UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    HECTOR A HERNANDEZ, et al.,              Case No. 20-cv-02884-HSG
8                 Plaintiffs,                 **AMENDED SCHEDULING ORDER**
9         v.                                  Re: Dkt. No. 31
10   COUNTY OF ALAMEDA, et al.,
11                Defendants.
12

       On November 25, 2020, the parties requested that the Court modify the scheduling order to
accommodate their mediation, which is now scheduled for February 25, 2021.  *See* Dkt. No. 31.
The Court agrees that some extension is warranted to accommodate the mediation, but disagrees
with the length of the parties' proposed extension.  Having considered the parties' proposal, the
Court finds good cause to amend the prior scheduling order and **SETS** the following deadlines
pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Mediation Deadline | February 25, 2021 |
| Close of Fact Discovery | March 31, 2021 |
| Exchange of Opening Expert Reports | April 9, 2021 |
| Exchange of Rebuttal Expert Reports | April 23, 2021 |
| Close of Expert Discovery | May 21, 2021 |
| Dispositive Motion Hearing Deadline | July 29, 2021, at 2:00 p.m. |
| Pretrial Conference | December 14, 2021, at 3:00 p.m. |
| Jury Trial (7 days) | January 17, 2022, at 8:30 a.m. |

//

*United States District Court*
*Northern District of California*

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated:  12/2/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2