UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. HERNANDEZ; and MARIA IBARRA as co-successors-in-interest for Decedent, HECTOR HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br>COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　Defendants. | CASE NO.: C20-2884<br><br><br>**ORDER TO FILE AMENDED COMPLAINT AND RESET DATES FROM SCHEDULING ORDER**<br> (as modified)<br><br><br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

ORDER PURSUANT TO THE PARTIES' STIPULATION, and for good cause appearing, the Court hereby grants Plaintiff leave to file a First Amended Complaint in the form of **Exhibit 1** attached hereto by March 15, 2021, and resets certain dates in the existing Scheduling Order as follows:

| | |
|---|---|
| **Close of Fact Discovery** | May 31, 2021 |
| **Exchange of Opening Expert Reports** | June 9, 2021 |

| | |
|---|---|
| **Exchange of Rebuttal Expert Reports** | June 23, 2021 |
| **Close of Expert Discovery** | July 21, 2021 |
| **Dispositive Motion Hearing Deadline** | September 30, 2021 at 2:00 PM |
| **Pretrial Conference** | December 14, 2021 at 3:00 PM |
| **Jury Trial (7 days)** | January **18**, 2022 at 8:30 AM |

IT IS SO ORDERED.

Dated: 3/4/2021

By: _____
HON. HAYWOOD S. GILLIAM, JR.
DISTRICT COURT JUDGE