NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
DENISE BILLUPS-SLONE (State Bar No. 151606)
denise.billups-slone@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. HERNANDEZ; and MARIA IBARRA as co-successors-in-interest for Decedent, HECTOR HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | Case No. C20-2884 HSG<br><br>**STIPULATION AND ORDER MODIFYING CERTAIN DATES IN SCHEDULING ORDER** |

The Parties in this action, Plaintiffs HECTOR A. HERNANDEZ and MARIA IBARRA ("Plaintiffs") and Defendants COUNTY OF ALAMEDA, CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"), JEFFREY COOPER and KACEY LEBON ("Defendants"), by and through their respective attorneys of record hereby stipulate to the following:

1. WHEREAS the deadline to complete Expert Discovery was set for September 27, 2021, per Your Honor's Amended Scheduling Order (ECF 58).

2. WHEREAS the Parties have disclosed all retained Experts and Rebuttal Experts; three for Plaintiffs and six for Defendants.

3. WHEREAS the Parties have met and conferred regarding scheduling the depositions

of the disclosed Experts and Rebuttal Experts and agree that the current deadline does not provide adequate time to complete all Expert depositions.

4. WHEREFORE good cause has been shown to continue the current Expert Discovery deadline from September 27, 2021 to October 28, 2021. The remaining dates set per Your Honor's Amended Scheduling Order (ECF 58) will remain unchanged.

**IT IS SO STIPULATED.**

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated: September 20, 2021

LAW OFFICES OF FULVIO F. CAJINA
and
LAW OFFICES OF STANLEY GOFF

By: /S/ Fulvio Cajina
Fulvio F. Cajina
Stanley Goff
Attorneys for Plaintiffs

Dated: September 20, 2021

LAW OFFICES OF JEROME M. VARANINI

By: /s/ Jerome Varanini
Jerome M. Varanini
Attorneys for Defendants, CFMG, Cooper, and Lebon

Dated: September 20, 2021

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
Denise Billups-Slone
Attorneys for Defendant, County of Alameda

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The deadline to complete Expert Discovery is hereby continued until October 28, 2021.

**IT IS SO ORDERED.**

Dated: 9/21/2021

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER MODIFYING
CERTAIN DATES IN SCHEDULING
ORDER – C20-2884 HSG

2