NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
DENISE BILLUPS-SLONE (State Bar No. 151606)
denise.billups-slone@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
COUNTY OF ALAMEDA

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HECTOR A. HERNANDEZ; and MARIA IBARRA as co-successors-in-interest for Decedent, HECTOR HERNANDEZ,

Plaintiffs,

vs.

COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,

Defendants.

Case No. C20-2884 HSG

**STIPULATION AND ORDER SETTING A STATUS CONFERENCE CALL WITH THE COURT**

Trial: March 21, 2022

The Parties in this action, Plaintiffs HECTOR A. HERNANDEZ and MARIA IBARRA ("Plaintiffs") and Defendants COUNTY OF ALAMEDA, CALIFORNIA FORENSIC MEDICAL GROUP, INC. ("CFMG"), JEFFREY COOPER and KACEY LEBON ("Defendants"), by and through their respective attorneys of record hereby stipulate to the following:

1. WHEREAS the Court has taken the pending Motions for Summary Judgment by Defendants under submission after the hearing on November 18, 2021 (ECF 76), as well as recently taken Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF 79, January 26, 2022) under submission.

2. WHEREAS this matter is currently set for a Pretrial Conference with Your Honor

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

on February 22, 2022, and trial for March 21, 2022. Per the Pretrial Conference hearing, significant pretrial work needs to occur with the parties while these critical pending motions are still awaiting rulings from Your Honor, rulings that can have a direct effect on pretrial issues and even whether the trial needs to be reset.

3. WHEREAS the Parties have met and conferred and seek to have a telephonic status conference with Your Honor to discuss these timing issues with Your Honor. The parties are available on January 27th at 2:00 p.m. per the Court's availability, the date and time that was previously slated for the hearing on the Plaintiffs' Motion for Leave, now taken under submission, or another upcoming date and time per the Court's availability.

4. WHEREFORE good cause has been shown to set a telephonic status conference with the parties.

**IT IS SO STIPULATED.**

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated: January 26, 2022

LAW OFFICES OF FULVIO F. CAJINA
And
LAW OFFICES OF STANLEY GOFF

By: /s/ Fulvio Cajina
Fulvio F. Cajina
Stanley Goff
Attorneys for Plaintiffs

/ / /

Dated: January 26, 2022

LAW OFFICES OF JEROME M. VARANINI

By: /s/ Jerome Varanini
Jerome M. Varanini
Attorneys for Defendants, CFMG, Cooper, and Lebon

Dated: January 26, 2022

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
Denise Billups-Slone
Attorneys for Defendant, County of Alameda

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Court will set a Telephonic Status Conference and will issue a docket entry to set up the date, time and call information for that call.

**IT IS SO ORDERED.**

Dated: 1/27/2022

By:
HON. HA[illegible]
United Sta[illegible]ge

UNITED STATES DISTRICT COURT
DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.
NORTHERN DISTRICT OF CALIFORNIA

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330