NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR A. HERNANDEZ; and MARIA IBARRA as co-successors-in-interest for Decedent, HECTOR HERNANDEZ,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; WELLPATH, a professional corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-02884 HSG<br><br>**STIPULATION AND ORDER DISMISSING COUNTY OF ALAMEDA, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs HECTOR A. HERNANDEZ; and MARIA IBARRA, and Defendant COUNTY OF ALAMEDA (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's First Amended Complaint (ECF 43), the operative complaint, as to Defendant COUNTY OF ALAMEDA *only*, with prejudice. Plaintiffs agree to bear their own fees and costs as to this dismissal. Costs awarded in favor of Defendant per ECF 92 are still valid, operative and are not waived herein by Defendant. In light of the related state action, Defendant also stipulates and agrees to participate in the future Settlement Conference with Judge Beeler.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 21, 2025

LAW OFFICES OF FULVIO F. CAJINA
and
LAW OFFICES OF STANLEY GOFF
and
LAW OFFICES OF TAMOR & TAMOR

By: /s/ Stanley Goff
Fulvio F. Cajina
Stanley Goff
Richard Tamor
Attorneys for Plaintiffs

Dated: August 21, 2025

MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendant COUNTY OF ALAMEDA

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiffs' First Amended Complaint, as to Defendant, COUNTY OF ALAMEDA *only*, with prejudice. Plaintiffs agree to bear their own fees and costs as to this dismissal. Costs awarded in favor of Defendant per ECF 92 are still valid, operative and are not waived herein by Defendant.

**IT IS SO ORDERED**

Dated: 8/26/2025

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE